TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
ARAM A. GAVOOR (CT 426-472)
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

P.O. Box 868 Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
Aram.Gavoor@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUAD FARFAN ALI AL SHARABI; FATHIYA ABDO ALHAJ MAAMOON,<br><br>Plaintiffs<br><br>v.<br><br>GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; DAVID ROARK, Director, Texas Service Center, United States Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, Secretary, United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ROBERT MUELLER, Director, Federal Bureau of Investigation; ERIC H. HOLDER, JR., United States Attorney General,<br><br>Defendants. | No. 10-cv-2695-SC<br><br>STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER |

STIPULATION TO EXTEND TIME
No. 10-cv-2695-SC

1  Plaintiffs, by and through their attorney of record, and Defendants, by and through their
2 attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of
3 time within which the Defendants must serve their answer to the complaint in the above-entitled
4 action or otherwise respond.  The defendants will file their answer on or September 23, 2010.

6  Dated: August 18, 2010                                  Respectfully submitted,

7                                                                              TONY WEST
                                                                                   Assistant Attorney General
8                                                                              Civil Division

9                                                                              ELIZABETH J. STEVENS
                                                                                   Assistant Director
10                                                                            District Court Section
                                                                                   Office of Immigration Litigation
11
     /s/ *Robert B. Jobe*                                   BY: /s/ *Aram A. Gavoor*
12   ROBERT B. JOBE                                         ARAM A. GAVOOR (CTBN 426-472)
     Law Office of Robert B. Jobe                           U.S. Department of Justice
13   550 Kearny Street                                      District Court Section
     Suite 200                                              Office of Immigration Litigation
14   San Francisco, CA 94108                                P.O. Box 868
     Tel: 415-956-5513                                      Ben Franklin Station
15   Fax: 415-840-0308                                      Washington, DC 20044
     Email: federal@jobelaw.com                             Tel: (202) 305-8014
16                                                          Fax: (202) 305-7000
     ATTORNEY FOR PLAITNIFFS                                Email: aram.gavoor@usdoj.gov
17                                                          CT State Bar No.: 426-472
                                                            ATTORNEYS FOR DEFENDANTS

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

25  Date:  8/24/10

                                                            _____
                                                            SAMUEL CONTI
                                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

STIPULATION TO EXTEND TIME
No. 10-cv-2695-SC                              2