TONY WEST
United States Department of Justice
Assistant Attorney General
CHRISTOPHER W. DEMPSEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
ARAM A. GAVOOR (CT 426-472)
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 305-8014
    Fax: (202) 305-7000
    Aram.Gavoor@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUAD FARFAN ALI AL SHARABI; and FATHIYA ABDO ALHAJ MAAMOON,<br><br>              Plaintiffs,<br><br>  v.<br><br>GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; DAVID ROARK, Director, Texas Service Center, United States Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, Secretary, United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ROBERT MUELLER, Director, Federal Bureau of Investigation; and ERIC H. HOLDER, JR., United States Attorney General,<br><br>              Defendants. | No. 10-cv-2695-SC<br><br>**STIPULATION TO MODIFY THE COURT'S CASE MANAGEMENT SCHEDULING ORDER OF JUNE 21, 2010; and ~~[PROPOSED]~~ ORDER** |

STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER;
and PROPOSED ORDER
No. 10-cv-2695-SC

1  Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to modify the Court's Procedural Order for Immigration Mandamus Cases (dkt. 2). Based on undersigned counsels' existing caseload responsibilities, the parties agree that the case should be decided on staggered motions for summary judgment, and propose the following deadlines:

Certified administrative record filed by Defendants: February 18, 2011.

Plaintiffs' motion for summary judgment: April 22, 2011.

Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment: May 13, 2011.

Plaintiffs' reply in support of its motion for summary judgment and opposition to Defendants' motion for summary judgment: May 27, 2011.

Defendants' reply in support of its motion for summary judgment: June 10, 2011.

Hearing on motions for summary judgment at Court's discretion: June 24, 2011 at 10:00 AM.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

RESPECTFULLY SUBMITTED,

Date: February 9, 2011

/s/ Robert B. Jobe
ROBERT B. JOBE
Law Office of Robert B. Jobe
550 Kearny Street
Suite 200
San Francisco, CA 94108
415-956-5513
Fax: 415-840-0308
Email: federal@jobelaw.com

ATTORNEY FOR PLAINTIFFS

TONY WEST
Assistant Attorney General
Civil Division

CHRISTOPHER W. DEMPSEY
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation

Date: February 9, 2011

BY: /s/ Aram A. Gavoor
ARAM A. GAVOOR (CTBN 426-472)
U.S. Department of Justice
District Court Section
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
E-mail: aram.gavoor@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/9/11

_____
SAMUEL CONTI
United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*