TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
ARAM A. GAVOOR (CT 426-472)
Trial Attorney, District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division

     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel: (202) 305-8014
     Fax: (202) 305-7000
     Aram.Gavoor@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUAD FARFAN ALI AL SHARABI; and FATHIYA ABDO ALHAJ MAAMOON,<br><br>          Plaintiffs,<br><br>v.<br><br>GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services; DAVID ROARK, Director, Texas Service Center, United States Citizenship and Immigration Services; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JANET NAPOLITANO, Secretary, United States Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; ROBERT MUELLER, Director, Federal Bureau of Investigation; and ERIC H. HOLDER, JR., United States Attorney General,<br><br>          Defendants. | No. 10-cv-2695-SC<br><br>**STIPULATION TO MODIFY THE COURT'S CASE MANAGEMENT SCHEDULING ORDER OF FEBRUARY 9, 2011; and [~~PROPOSED~~] ORDER** |

1  Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate, subject
2  to the approval of the Court, to modify the Court's Case Management Scheduling Order (dkt. 10).
3  Based on undersigned defendants' counsels' illness, the parties request that the Court modify the
4  remainder of the briefing schedule to the following deadlines:
5      Defendants' opposition to Plaintiffs' motion for summary judgment and cross-motion for
6      summary judgment: June 10, 2011.
7      Plaintiffs' reply in support of its motion for summary judgment and opposition to
8      Defendants' motion for summary judgment: June 24, 2011.
9      Defendants' reply in support of its motion for summary judgment: July 8, 2011.
10     Hearing on motions for summary judgment: July 22, 2011 at 10:00 AM, Courtroom 1.
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

RESPECTFULLY SUBMITTED,

Date: May 11, 2011
/s/ Robert B. Jobe
ROBERT B. JOBE
Law Office of Robert B. Jobe
550 Kearny Street
Suite 200
San Francisco, CA 94108
415-956-5513
Fax: 415-840-0308
Email: federal@jobelaw.com

ATTORNEY FOR PLAINTIFFS

TONY WEST
Assistant Attorney General
Civil Division

ELIZABETH J. STEVENS
Assistant Director
District Court Section
Office of Immigration Litigation

Date: May 11, 2011
BY: /s/ *Aram A. Gavoor*
ARAM A. GAVOOR (CTBN 426-472)
U.S. Department of Justice
District Court Section
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8014
Fax: (202) 305-7000
E-mail: aram.gavoor@usdoj.gov

ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/12/11

_____
SAMUEL CONTI
United States District Judge

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court / Northern District of California]

STIPULATION TO MODIFY CASE MANAGEMENT SCHEDULING ORDER;
and PROPOSED ORDER
No. 10-cv-2695-SC                      3