Robert B. Jobe (Cal. State Bar #133089)
Shuting Chen (Cal. State Bar #267508)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:  (415) 840-0308
Email: bob@jobelaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUAD FARFAN ALI AL SHARABI, FATHIYA ABDO ALHAJ MAAMOON, <br><br>Plaintiffs, <br><br>v. <br><br>GERARD HEINAUER, *et al.*, <br><br>Defendants. | No. 3:10-cv-02695-SC <br><br>**STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER OF MAY 12, 2011; and [PROPOSED] ORDER** <br><br>Date:            July 22, 2011 <br>Time:           10:00 a.m. <br>Courtroom: 1, 17th Floor <br>Reply Due:   July 8, 2011 |

Stipulation to Modify the Court's Scheduling Order of May 12, 2011, and [Proposed] Order
3:10-cv-02695-SC

1 | Plaintiffs and Defendants, by and through their attorneys, hereby stipulate, subject to the approval of the Court, to modify the Court's May 12, 2011 Scheduling Order (Dkt. 14). Because Plaintiffs' Counsel mis-calendared the previous briefing schedule and failed to file a reply, the parties agree that the case should be decided on a new schedule, and propose the following deadlines:

Plaintiffs' reply in support of its motion for summary judgment and opposition to Defendants' motion for summary judgment: July 8, 2011.

Defendants' reply in support of its motion for summary judgment: July 22, 2011.

Hearing on motions for summary judgment at Court's discretion: August 12, 2011 at 10:00 A.M.

RESPECTFULLY SUBMITTED,

Dated: July 1, 2011

/s/ Aram A. Gavoor
Aram A. Gavoor, Esq. (CTBN 426-472)
U.S. Department of Justice
District Court Section
Office of Immigration Litigation
P.O. Box 868
Ben Franklin Station
Washington, DC 20044
(202) 305-8014
Fax: (202) 305-7000

Attorneys for Defendants

Dated: July 1, 2011      BY:    /s/ Robert B. Jobe
Robert B. Jobe, Esq.
Shuting Chen, Esq.
LAW OFFICE OF ROBERT JOBE
550 Kearny, Suite 200
San Francisco, CA 94108
(415) 956-5513
Fax: (415) 840-0308

Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
7/5/11

1 **[PROPOSED] ORDER**

2     Pursuant to stipulation, IT IS SO ORDERED.

3 Date:

4                                           SAMUEL CONTI
United States District Judge

Stipulation to Modify the Court's Scheduling Order of May 12, 2011, and [Proposed] Order
3:10-cv-02695-SC

3