IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUAD FARFAN ALI AL SHARABI and FATHIYA ABDO ALHAJ MAAMOON, <br><br>    Plaintiffs, <br>  v. <br><br> GERARD HEINAUER, et al., <br><br>    Defendants. | ) Case No. 10-2695 SC <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

On September 2, 2011, the Court in the above-entitled action granted summary judgment in favor of Defendants Gerard Heinauer, et al. ("the government"). ECF No. 21. Accordingly, JUDGMENT is hereby entered in favor of the government and against Plaintiffs Fuad Farfan Ali Al Sharabi and Fathiya Abdo Alhaj Maamoon on Plaintiffs' claim for violation of the Administrative Procedure Act.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: September 9, 2011

UNITED STATES DISTRICT JUDGE